Signed: November 30, 2009

**SO ORDERED**
**DEBTOR SHALL HAVE UNTIL DECEMBER 15, 2009 TO FILE SCHEDULES, CHAPTER 13 PLAN AND ALL OTHER REQUIRED DOCUMENTS**

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Sean Murphy | * | Case No. | 09-31806 WIL |
| | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

### NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, CHAPTER 13 PLAN, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules, Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income is extended to the date designated above; and it is further

ORDERED, that when they are filed, the Debtor(s) shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the Statement of Financial Affairs, Schedules, Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:    Debtor(s)
       Debtor(s)' Counsel - Charles Wardell
       Chapter 13 Trustee

Exten-22.7 --  5/23/06(gaw)

**End of Order**

# CERTIFICATE OF NOTICE

```
District/off: 0416-0           User: gwhitt              Page 1 of 1            Date Rcvd: Dec 01, 2009
Case: 09-31806                 Form ID: pdfall           Total Noticed: 1

The following entities were noticed by first class mail on Dec 03, 2009.
db           +Sean Murphy,    10203 Frederick Ave,    Kensington, MD 20895-3303

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2009**                    **Signature:**       *Joseph Speetjens*